**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on January 20, 2010**



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 09−31683−JKO**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Danny Mizrachi
3801 S Ocean Dr, #15W
Hollywood, FL 33019

SSN: xxx−xx−2076

## FINAL DECREE

The trustee, Sonya Salkin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.